◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL STUBBS, Appellant. [849 NYS2d 788]—Appeal by the defendant from a judgment of the County Court, Orange County (Rosenwasser, J.), rendered June 27, 2005, convicting him of criminal possession of a weapon in the third degree (two counts), after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 20-21 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620, 621 [1983]), we find that it was legally sufficient to establish his guilt beyond a reasonable doubt.

The resolution of issues of credibility is primarily a matter to be determined by the factfinder, which saw and heard the witnesses, and its determination should be accorded great deference on appeal (*see People v Romero,* 7 NY3d 633, 644-645 [2006]; *People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]). Upon the exercise of our factual review power (*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero,* 7 NY3d 633 [2006]; *People v Miles,* 44 AD3d 1073 [2007]). Santucci, J.P., Lifson, Covello and Dickerson, JJ., concur.